PROB22
(01/2024)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*): 7:17CR01819-001 |
|---|---|
| | DOCKET NUMBER (*Rec. Court*): **3:24-cr-00058** |

| NAME AND ADDRESS OF SUPERVISED PERSON: **Ramirez-Corea, Jose Alexander** Nashville, Tennessee 37203 | DISTRICT: Southern District of Texas | DIVISION: McAllen |
|---|---|---|
| | NAME OF SENTENCING JUDGE: Micaela Alvarez | |
| | DATES OF SUPERVISED RELEASE | From: **09/23/2021** | To: **09/22/2024** |

OFFENSE:

Being found in the U.S. after previous deportation, in violation of 8 U.S.C. § 1326(a) and 1326(b).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

An Indictment was filed against Mr. Ramirez-Corea, in Criminal Docket No. 3:23CR-00180, in the Middle District of Tennessee, Nashville Division.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, McAllen Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 12, 2024
*Date*

*/s/ Drew B Tipton*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Middle District of Tennesssee:

IT IS HEREBY ORDERED that, jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 20, 2024
*Effective Date*

*/s/ William L. Campbell Jr.*
*United States District Judge*